

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

No. 04-13-00872-CR

Martin Ugalde **CAMPOS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1776-CR
William Old, Judge Presiding

## O R D E R

Appellant's brief was due April 21, 2014, but it was not filed. The clerk of this court notified appellant's counsel of the deficiency by letter dated April 28, 2014. *See* TEX. R. APP. P. 38.8(b)(2). The letter required a response by May 8, 2014. Counsel responded by filing a motion for extension of time to file the brief.

The motion asserts that counsel intends to file an *Anders* brief in this appeal. Nevertheless, he requests a 78-day extension of time, until July 8, 2014, to file the brief. We **grant the motion in part** and **order** appellant's attorney, Case Darwin, to file appellant's brief by **May 21, 2014** (thirty days after the original due date).

Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court